_____

No. 95-4261
_____

Virginia M. Binger,                    *
                                       *
          Appellee,                    *
                                       *   Appeal from the United States
     v.                                *   District Court for the
                                       *   District of Minnesota.
H.M.A. Investments, Inc., a            *
Delaware corporation; Howard M.        *         [UNPUBLISHED]
Appel,                                 *
                                       *
          Appellants.                  *


_____

                    Submitted:  October 25, 1996

                        Filed:  October 30, 1996
                            _____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
                            _____

PER CURIAM.


     H.M.A. Investments, Inc., a Philadelphia investment banking and
consulting firm, and Howard M. Appel, its owner, appeal from the District
Court's[1] grant of summary judgment to plaintiff Virginia M. Binger in her
diversity action seeking to enforce a promissory note.  Having reviewed the
record and the parties' briefs, we conclude the judgment of the District
Court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable David S. Doty, United States District Judge for
the District of Minnesota.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.